NOT FOR PUBLICATION

FILED

JUN 10 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50393 |
| Plaintiff - Appellee, | D.C. No. 3:08-CR-03235-TJW |
| v. | |
| JOSUE DANIEL DE PAZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Thomas J. Whelan, District Judge, Presiding

Submitted May 25, 2010[**]

Before:   CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

   Josue Daniel De Paz appeals from the 51-month sentence imposed following

his guilty-plea conviction for being a deported alien found in the United States, in

---

   [*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]   The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

De Paz contends that the district court procedurally erred by (1) imposing a sentence based solely on the advisory Sentencing Guidelines and failing to consider the factors set forth in 18 U.S.C. § 3553(a), including the need to impose a sentence sufficient, but not greater than necessary, and (2) failing to adequately explain his sentence.  The record reflects that the district court provided a reasoned sentencing explanation and did not otherwise procedurally err.  *See United States v. Gutierrez-Sanchez,* 587 F.3d 904, 908 (9th Cir. 2009).

De Paz also contends that his sentence is substantively unreasonable in light of his over-represented criminal history and other mitigating circumstances.  The record reflects that, under the totality of the circumstances, De Paz's sentence is substantively reasonable.  *See Gall v. United States*, 552 U.S. 38, 51-52 (2007); *see also United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**